**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

LORRAINE HARMER,                              :    No. 104 MM 2019
                                             :
                        Petitioner            :
                                             :
                                             :
                                             :
            v.                               :
                                             :
                                             :
                                             :
UNEMPLOYMENT COMPENSATION                     :
BOARD OF REVIEW,                              :
                                             :
                        Respondent            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of December, 2019, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is DENIED.